IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Brown, Jennifer

Printed: 7/15/08

Case Number: 05 B 26615
Judge: Hollis, Pamela S
Filed: 7/5/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 10, 2008
Confirmed: September 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,072.00 |  |
| Secured: |  | 5,740.44 |
| Unsecured: |  | 841.63 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,999.20 |
| Trustee Fee: |  | 490.73 |
| Other Funds: |  | 0.00 |
| Totals: | 9,072.00 | 9,072.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,999.20 | 1,999.20 |
| 2. | Harris Bank | Secured | 5,740.44 | 5,740.44 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 88.00 | 100.37 |
| 4. | Capital One | Unsecured | 62.13 | 70.86 |
| 5. | Portfolio Recovery Associates | Unsecured | 373.13 | 425.57 |
| 6. | RoundUp Funding LLC | Unsecured | 214.66 | 244.83 |
| 7. | Money Control | Unsecured | | No Claim Filed |
| 8. | Student Loan Corp | Unsecured | | No Claim Filed |
| 9. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 10. | Student Loan Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,477.56 | $ 8,581.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 166.32 |
| 5% | 37.80 |
| 4.8% | 72.62 |
| 5.4% | 155.48 |
| 6.5% | 58.51 |
|  | _____ |
|  | $ 490.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brown, Jennifer | Case Number:  05 B 26615 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/15/08 | Filed:  7/5/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

